GLENWILD HEIGHTS, INC., PLAINTIFF-PETITIONER, v. BOROUGH OF BUTLER, DEFENDANT-RESPONDENT.

On petition for certification to Superior Court, Appellate Division.

*Messrs. Isenberg & Isenberg* for the petitioner.

*Messrs. Young & Sears* for the respondent.

July 3, 1964.

DONALD LEE MARTIN, *ET AL.*, PLAINTIFFS-PETITIONERS, v. ADELE VON GLEICH, DEFENDANT-RESPONDENT.

On petition for certification to Superior Court, Appellate Division.

*Mr. Louis Winer* for the petitioners.

*Messrs. David & Albert Cohn* and *Mr. Daniel Crystal* for the respondent.